In the Matter of RALPH OYAGUE, Appellant, v CLINTON CORRECTIONAL FACILITY, Respondent.

Submitted December 12, 2016; decided January 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN J. SIVERTSON, Appellant.

Decided January 12, 2017

Reargument ordered and case set down for argument at a future session of the Court.

Concur: Chief Judge DiFiore and Judges RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MATTHEW A. SLOCUM, Respondent.

Submitted January 9, 2017; decided January 12, 2017

Motion by The Bronx Defenders et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.